# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0761. CHATMAN v. THE STATE.**
**A24A0762. CHATMAN v. THE STATE.**

These discretionary appeals were docketed on December 20, 2023. The briefs were duly filed. Having reviewed the record and relevant law, we now conclude that the appeals were improvidently granted, and they are therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/06/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*